FILED
11 AUG 15 PM 2:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ SCH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS GUADALUPE GASPAR-SAMANO (1),<br><br>　　　　　Defendant. | Case No. 10cr3510-BTM<br><br>ORDER OF CRIMINAL FORFEITURE |

　　　　WHEREAS, in the Superseding Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of the above-named defendant, JESUS GUADALUPE GASPAR-SAMANO (1), ("Defendant"), conspiracy to affect commerce by robbery and extortion in violation of 18 U.S.C. § 1951(a); and possession of firearm in furtherance of a crime of violence in violation of 18 U.S.C. § 924 (c)(1)(A)(i) and 18 U.S.C. § 2; and

　　　　WHEREAS, on February 19, 2011, the plea of Defendant, which plea included consent to the criminal forfeiture allegation pursuant to Title 18 as set forth in the Superseding Information, was accepted by the U.S. District Court; and

　　　　WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeited properties and the offense; and

//
//

1     WHEREAS, the assets to which Defendant pled are in the process of being forfeited under the Preliminary Order of Criminal Forfeiture of co-defendant MANUEL MADUENO-CAMACHO (6); and

    WHEREAS, on May 20, 2011, a Notice of Order of Forfeiture was delivered by certified mail to Defendant through his attorney regarding forfeiture of all assets through co-defendant MANUEL MADUENO-CAMACHO (6); and to date, Defendant has asserted no interest in contesting said forfeiture; and

    WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

    Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    1.     Based upon the guilty plea of the Defendant, all right, title and interest of Defendant JESUS GUADALUPE GASPAR-SAMANO (1) in the following properties are hereby forfeited to the United States:

    (1)     a Browning Arms 9mm pistol (s/n 75C29251);
    (2)     a FEG, model P9R, 9mm pistol (s/n R36866);
    (3)     a Rock Island Armory, Model 45 ACP, 45 caliber pistol (s/n RIA1012954);
    (4)     a Ruger, Model P89, 9mm pistol (s/n 304-77105);
    (5)     a Ruger, Model P90DC, 45 caliber pistol (s/n 66068158);
    (6)     a Smith & Wesson 40 caliber pistol (s/n CHP2118); and all accompanying ammunition.

    2.     Because ancillary proceedings are being conducted pursuant to the forfeiture order of co-defendant MANUEL MADUENO-CAMACHO (6) in this case, no ancillary proceedings or further forfeiture action is required as to Defendant JESUS GUADALUPE GASPAR-SAMANO (1).

DATED: August 5, 2011

BARRY TED MOSKOWITZ, Judge
United States District Court